# EXHIBIT 2

Case 2:26-cv-04031    Document 1-4    Filed 06/12/26    Page 2 of 3



**Ari Shapell <ashapell@aclupa.org>**

---

## Department of Homeland Security FOIA 2026-HQFO-02608 Acknowledgment

1 message

---

**foia@hq.dhs.gov** <noreply@securerelease.us>                          Wed, May 6, 2026 at 9:37 AM
Reply-To: foia@hq.dhs.gov
To: ashapell@aclupa.org

Case 2:26-cv-04031    Document 1-4    Filed 06/12/26    Page 3 of 3

# This is the first email you've received from this external sender.

Do not click links or open attachments unless it is an email you expected to receive.

05/06/2026

SENT VIA E-MAIL TO: ashapell@aclupa.org

Ariel Shapell
ACLU of Pennsylvania
808 S. Mildred St.
Philadelphia, Pennsylvania 19147

Re: 2026-HQFO-02608

Dear Requester:

This letter acknowledges receipt of your 4/29/2026, Freedom of Information Act (FOIA) request to the Department of Homeland Security (DHS), for select records (other than those related to investigations of child sexual exploitation and abuse) related to Administrative Subpoenas issued by DHS, ICE, or CBP, (including by any components, subcomponents, offices, or personnel therein), to electronic communication service providers seeking information about the Identities of such providers' Users. Please see attached request.

This office received your request on 4/29/2026.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, the Department processes FOIA requests according to their order of receipt. Although DHS' goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations as they apply to non-commercial requesters. As a non-commercial requester, you will be charged 10 cents per page for duplication; the first 100 pages are free, as are the first two hours of search time, after which you will pay the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher.

We have queried the appropriate component(s) of DHS for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the analysts in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number 2026-HQFO-02608. Please refer to this identifier in any future correspondence.

If you have any questions, or would like to discuss this matter, please feel free to contact this office at 1-866-431-0486 or 202-343-1743.

---

 **10500864-20260506083742729.zip**
260K