**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA,<br>Plaintiff,<br>v.<br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY<br>Defendant. | : | Civil Action 2:26-cv-04031 |

**STIPULATED ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT**

1. Plaintiff's Complaint is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 *et seq*.

2. Defendant's response to the Complaint is currently due on or before July 20, 2026.

3. The Parties are currently working towards an amicable resolution of this matter.

4. Defendant Department of Homeland Security ("DHS") represents that Plaintiff's FOIA request on April 29, 2026, substantively overlapped with DHS's furlough from February 14, 2026 through April 30, 2026.

5. DHS has represented that it is now in the process of reviewing the FOIA request to determine whether it possesses any responsive records or whether it will refer the request to the DHS component most likely to maintain the potentially responsive records in accordance with 6 C.F.R. 5.3(a)(1)-(2).

6. Accordingly, rather than have the Defendant respond to the Complaint at this time, or have the Parties expend their efforts briefing the merits, the Parties desire to extend Defendant's response deadline while Defendant continues to process the FOIA request.

7. Therefore, it is hereby stipulated, by and between the Parties, that Defendant shall answer Plaintiff's Complaint on or before August 20, 2026.

8. It is hereby further stipulated that on or before August 20, 2026, Defendant will inform Plaintiff of the number of potentially responsive pages of records, if any, and the Parties shall submit to the Court a report regarding the status of Defendant's response to Plaintiff's FOIA request.

Dated: July 20, 2026

Respectfully submitted,

DAVID METCALF
United States Attorney

*/s/ Ari Shapell*
ARIEL SHAPELL
VANESSA L. STINE
American Civil Liberties Union
P.O. Box. 60173
Philadelphia, PA 19102
(215) 592-1513
ashapell@aclupa.org
vstine@aclupa.org

*Counsel for Plaintiff*

*/s/ Daniella D. Lees*
DANIELLA D. LEES
COLIN CHERICO
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106
(215) 861-8515
daniella.lees@usdoj.gov
colin.cherico@usdoj.gov

*Counsel for Defendant*

**APPROVED AND SO ORDERED BY THE COURT:**

______________________________
HONORABLE GERALD A. MCHUGH
*Judge, United States District Court*

Dated: _______